IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  12-27342 |
| Charles and Meri Horton | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Pamela S. Hollis |

NOTICE OF MOTION

TO: Charles and Meri Horton, 6110 Amherst Matteson, IL 60443 *via US mail*

Trustee Marilyn O Marshall, 224 South Michigan Ste. 800, Chicago, IL 60604, *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **November 9, 2016 at 10:00 a.m.**, I shall appear before the Honorable Judge Pamela S. Hollis at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 644, Chicago, Illinois, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By: /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on October 19, 2016 before the hour of 8:00 p.m.

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  12-27342 |
| Charles and Meri Horton | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Pamela S. Hollis |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtors, Charles and Meri Horton, (hereafter referred to as "the Debtors"), by and through their attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on July 9, 2012 and their Plan was confirmed.

3. The Debtor's confirmation order provides for a plan payment of $2,650 for 3 months then $2,880 for 1 month then $2,900 a month until the end of the plan with unsecured creditors receiving a minimum of 31% of their unsecured claims.

4. The Debtors have paid in $153,376 into the Chapter 13 plan.

5. The Debtors income had increased over the years of the plan and they are looking to modify their plan to pay in the plan $20,000 of undisclosed income to resolve the motion to dismiss for material default.

6. The Debtors are looking to modify their plan to pay an additional $20,000 and spread it over the remaining months of the plan, with 8 months remaining it would be an extra $2,500 a month paid in the plan in addition to debtors' regular trustee payments.

7. The Debtors are on payroll control but would be looking to pay the extra $2,500 a month directly to the trustee's office since Joint Debtor's income would not be able to support the proposed amount. The new plan payment amount would be $5,400 a month starting in November of 2016.

8. The Debtors seek to modify the plan to pay an additional $2,500 a month directly to the trustee's office for the remaining months of their plan to account for the undisclosed income in prior years of the plan.

WHEREFORE, the Debtors respectfully request that this Court modify the Debtors' Plan Post Confirmation to raise the plan payment to $5,400 a month beginning November 2016 with the additional payment of $2,500 to be sent in directly by the debtors and not deducted from payroll control and for such further relief that this Court may deem just and proper.

Dated: October 19, 2016                    Respectfully Submitted,

                                           By:    /s/ David H. Cutler
                                                  David H. Cutler, esq.,
                                                  Counsel for Debtor(s):
                                                  Cutler & Associates, Ltd.
                                                  4131 Main St.
                                                  Skokie, IL 60076
                                                  Phone: (847) 673-8600